1060

[No. 32064-5-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE
CHARLIE ALBRITTON, ET AL., *Defendants*, NATHANIEL
DAVIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kin
County, No. 92-1-03990-3, Frank L. Sullivan, J., entere
December 18, 1992. *Affirmed* by unpublished opinion pe
Baker, C.J., concurred in by Coleman and Cox, JJ.


[No. 32479-9-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
ROBERT ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kii
County, No. 92-1-03643-2, Michael J. Fox, J., entere
March 25, 1993. *Reversed* by unpublished opinion per We
ster, J., concurred in by Coleman and Grosse, JJ.


[No. 33331-3-I.   Division One.   July 31, 1995.]

DOAN NGUYEN, ET AL., *Appellants*, v. KIM TIN, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Kii
County, No. 91-2-06268-4, Ann Schindler, J., enter
August 12, 1994. *Affirmed* by unpublished opinion per Cc
J., concurred in by Kennedy, A.C.J., and Forrest, J. P
Tem.